BEFORE THE FIRST DIVISION, MAY 16, 1967

**No. P67/162.**—Luro Products Company, Inc., et al. *v.* United States, protests 63/13650, etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

(NOTE: The following protests were decided by a special first division consisting of OLIVER, WATSON, and RAO, Judges.)